**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOMAC, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 01-0398 (JR) |
| : | |
| GALE A. NORTON, Secretary, U.S. : | |
| Department of the Interior, *et* : | |
| *al.*, : | |
| : | |
| Defendants. : | |

**ORDER**

For the reasons stated in the accompanying memorandum, defendant's renewed motion for summary judgment [91] is **granted**, and that portion of this Court's order of January 21, 2003, that temporarily enjoined BIA from taking land in trust on behalf of the Pokagon Band of Potawatomi Indians [86 at p. 15] is hereby **vacated**.

JAMES ROBERTSON
United States District Judge